# United States Court of Appeals
# for the Federal Circuit

---

**DOUGLAS J. MACNEILL,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3175

---

Appeal from the Merit Systems Protection Board in case no. DA0752110587-I-1.

---

**ON MOTION**

---

**O R D E R**

Douglas J. MacNeill moves for sanctions against the Merit Systems Protection Board for failure to make timely filings. MacNeill further requests the court "draw inferences in [his] favor" in regards to the argument in his corrected initial brief.

Upon consideration thereof,

2                                          DOUGLAS MACNEILL v. MSPB

IT IS ORDERED THAT:

The motion is treated as a supplement to the briefs and will be transmitted to the merits panel for its information.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s25